ROBERT SULLIVAN v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HAMPTON ULYSSES JENKS.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND P. TANGO, JR.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE N. BRIDGES.

May 17, 1983.

Petition for certification denied.